

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-09-00437-CR

Trial Court Cause
Number:    1198372

Style:    Gerald Hayes

    **v** The State of Texas

Date motion filed[*]:    January 22, 2013

Type of motion:    "Motion for Leave to File and Judicial Notice"

Party filing motion:    Appellant

Document to be filed:

Is appeal accelerated? ☐ YES   ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
    ☒ Acting individually   ☐ Acting for the Court

Panel consists of

Date: February 7, 2013